UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Bonnie Usher

          v.                              No. 07-fp-042

Cracker Barrel Old Country Store, Inc.



ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS


        Plaintiff's request to proceed in forma pauperis is hereby

granted, but only for the purpose of waiving the filing fee.

        This case has been assigned civil number 07-cv-042-SM.

        SO ORDERED.



                                    _____
                                    James R. Muirhead
                                    United States Magistrate Judge


Date:   February 20, 2007

cc:     Jennifer R. Jones, Esq.

Dockets.Justia.com