UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Bonnie Usher</u>

    v.         Case No. 07-cv-42-SM

<u>Cracker Barrel Old Country Store, Inc.</u>


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

November 14, 2008

                _____
                Steven J. McAuliffe
                Chief Judge


cc: Jennifer Jones, Esq.
   Mary Notaris, Esq.
   Lee Stephen MacPhee, Esq.